**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 11, 2015**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00464-CV

## HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION, Appellant

## V.

## DONALD ROBERTSON, Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-07393**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 27, 2015. On July 31, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.